52        APPELLATE COURTS OF ILLINOIS.

The People ex rel. Radigk v. Singleman, 209 Ill. App. 52.

The People of the State of Illinois ex rel. Lizzie Radigk, Appellee, v. Oscar Singleman, Appellant.

Gen. No. 6,498.    (Not to be reported in full.)

Appeal from the County Court of Kankakee county; the Hon. JAY H. MERRILL, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed February 12, 1918.

## Statement of the Case.

Proceeding under the Bastardy Act by the People of the State of Illinois on the relation of Lizzie Radigk, plaintiff, against Oscar Singleman, defendant. From a judgment for plaintiff, defendant appeals.

A. L. GRANGER and JOHN H. BECKERS, for appellant.

WAYNE H. DYER, for appellee; C. M. CLAY BUNTAIN, of counsel.

MR. JUSTICE DIBELL delivered the opinion of the court.

## Abstract of the Decision.

1. BASTARDS, § 22*—*what proof required to sustain verdict.* Only a preponderance of the evidence is required to justify a verdict of guilty under the Bastardy Act.

2. BASTARDS, § 62*—*when verdict will not be disturbed.* Evidence as to whether defendant was the father of relator's child, *held* to be such that a verdict either way approved by the trial judge could not be reversed, in a proceeding under the Bastardy Act.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.